In the Matter of the Application of FLORA GAFFNEY, Appellant, for the Revocation of the Probate of an Alleged Codicil to the Will of EMILY L. GAFFNEY, Deceased.
MARY A. BARRY et al., Respondents.

*Matter of Gaffney*, 116 App. Div. 583, affirmed.
(Argued May 22, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 17, 1907, which affirmed an order of the Monroe County Surrogate's Court denying a petition for the revocation of the probate of the codicil to the will of Emily L. Gaffney, deceased.

*James M. E. O'Grady* and *Frederick P. Kimball* for appellant.

*William N. Cogswell, Francis S. Macomber, James Breck Perkins* and *Walter S. Hubbell* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.